IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



UNITED STATES OF AMERICA

v.

NO. 4:25-MJ-479

JOHN PHILLIP THOMAS  (01)
LYNETTE READ SHARP (02)

## ORDER GRANTING GOVERNMENT'S
## MOTION TO FILE COMPLAINT UNSEALED

The Court GRANTS the government's motion to file the criminal complaint in the

above-captioned case unsealed.  Accordingly, the Clerk is directed to file the criminal

complaint in the above-captioned case unsealed.

So ordered, July 14, 2025.


HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE